UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-CR-230 (TJK) |
| v. : | |
| : | |
| BRIAN HEALION, : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO CONVERT STATUS HEARING AND SET PLEA HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Brian Healion, with the concurrence of his attorney, move to convert the status hearing scheduled for February 22, 2024. The parties request that the Court convert that status hearing to a plea hearing on the same day, February 22, 2024 at 9:00 a.m.

Respectfully submitted,

FOR THE UNITED STATES
MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   *s/ Kyle M. McWaters*
Kyle M. McWaters
Assistant United States Attorney
D.C. Bar No. 241625
601 D Street, NW
Washington, DC 20530
(202) 252-6983
kyle.mcwaters@usdoj.gov

FOR THE DEFENDANT

*/s/ Paul F. Enzina*
Paul F. Enzinna
Ellerman, Enzinna, Levy, PLLC
D.C. Bar No. 421819
1050 30th Street, NW
Washington, D.C. 20007
(202) 753-5553
penzinna@eellaw.com