IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 23-CR-230 (TJK) |
| v. | : | 18 U.S.C. § 231(a)(3) (Civil Disorder) |
| BRIAN HEALION, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Brian HEALION, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside. By shortly after 1:00 PM, the situation at the Capitol had become a civil disorder as that term is used in Title 18, United States Code, Section 231, and throughout the rest of the afternoon the civil disorder obstructed the Secret Service's ability to perform the federally protected function of protecting Vice President Pence.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows

and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. Brian HEALION was a member of the Philadelphia Proud Boys chapter. Between at least November 2020 and January 2021, the President of the Philadelphia chapter was Zachary Rehl, and other members of the chapter included Freedom Vy and Isaiah Giddings. The Proud Boys describes itself as a "pro-Western fraternal organization for men who refuse to apologize for creating the modern world; aka Western Chauvinists." Proud Boys members routinely attend rallies, protests, and other events, some of which have resulted in violence involving members of the group. There is an initiation process for new members of the Proud Boys, and members often

wear black and yellow polo shirts or other apparel adorned with Proud Boys logos and slogans to public events.

9. Throughout the United States, there are local Proud Boys chapters, which are typically led by chapter "presidents." Each chapter has a degree of autonomy insofar as the president of a local chapter governs that chapter in its geographic location.

10. On December 19, 2020, former President Trump announced plans for a Stop the Steal protest event in Washington, D.C., on January 6, 2021, the date coinciding with Congress's Certification of the Electoral College vote. A handful of other members of the Proud Boys then created a new chapter that would consist of members from across the country. The new chapter was referred to as the Ministry of Self Defense or MOSD ("MOSD"). Proud Boys national chairman Enrique Tarrio described the MOSD as a "national rally planning" chapter that would include only "hand selected members."

11. The following day, Tarrio created a group called MOSD (which stands for "Ministry of Self Defense") on an encrypted messaging application, which group included other leaders and members of the Proud Boys.[1]

12. By December 30, 2020, HEALION, using the username "Tormund Giantsbeard," had joined and begun participating in MOSD chats for members.

13. In messages exchanged among members of the MOSD on Telegram, members discussed plans to come to Washington, D.C., for January 6 and discussed the potential for violence at the Capitol on January 6.

---

[1] Between December 30, 2020, and January 6, 2021, there were multiple related Proud Boys chats whose names included "MOSD." The primary MOSD chat for members had more than 50 members.

14. MOSD members discussed political violence. On January 2, one user wrote: "Fuck peace." On January 3, one user noted "1776 flag flying over the White House last night." Another responded, "Gonna be war soon," and the user responded, "Yes Sir time to stack those bodies in front of Capitol Hill," to which another user responded with the Proud Boys slogan "Uhuru!"[2] A different user posted: "Also this 👊. So are the normies and "other" attendees going to push thru police lines and storm the capitol buildings? A few million vs A few hundred coptifa should be enough. I saw a few normie groups rush through police lines on the 12th."

15. The next day, members of the MOSD exchanged additional messages on Telegram that discussed attacking the Capitol on January 6, 2021. One MOSD member posted, "what would they do [if] 1 million patriots stormed and took the capital building. Shoot into the crowd? I think not." In response, one of the leaders of the MOSD wrote, "They would do nothing because they can do nothing." Another message stated, "It's time to end these crooked thieving fake ass politicians career… They all must leave whether it be The police [or] us citizens dragging them out by their hair."

16. On January 5, in a new version of the MOSD chat (in which HEALION also participated), another user sent a message with instructions for the next day: "Everyone needs to meet at the Washington Monument at 10am tomorrow morning! Do not be late! Do not wear colors! Details will be laid out at the pre meeting! Come out []as patriot!" Another user told the others to "stand by for the shared baofeng [radio] channel and shared zello channel, no colors, be decentralized and use good judgment until further orders."

---

[2] "Uhuru" is a Swahili word meaning "freedom" or "independence."

17. HEALION understood that Congress was meeting at the Capitol on January 6 for the purpose of certifying the votes of the 2020 Presidential Election. During a video chat for prospective members of the MOSD, which took place in December 2020, HEALION posted a message in the chat that said, "What time is the whole political/presidential situation happening that day?  With pence and the electoral votes?  And are we planning for either an unlikely joyous moment of pence [sic] growing balls?"  HEALION also asked what gear he needed to buy, which led the leaders to discuss various forms of body armor.

18. In addition to HEALION's participation in the encrypted message groups for members of the MOSD, HEALION also participated in an encrypted message group for a small group of Philadelphia chapter members. The encrypted message group was created by Philadelphia chapter president Rehl, which included HEALION, Giddings, and Vy ("Rehl Telegram Group"). This message group contained messages from as early as November 19, 2020.

19. Rehl, HEALION, Vy, and Giddings used the Rehl Telegram Group to coordinate their travel to Washington, D.C. for January 6.  Their preparations included sharing their blood types.  Rehl drove HEALION, Vy, and Giddings to D.C. on January 5.  They arrived in the evening and checked into the Darcy Hotel.

20. On the morning of January 6, HEALION sent a photo of himself and Vy in front of the Washington Monument to a Telegram group chat with Vy, Rehl, and Giddings. *See* Image 1. Consistent with the directive that had been issued in the encrypted chat for members of the MOSD, HEALION had gathered with other Proud Boys at the Washington Monument at the appointed time, and HEALION was not wearing the Proud Boys' traditional black and yellow colors.



Image 1 (HEALION circled in yellow)

21. HEALION met a group of approximately 100 other members at the base of the Washington Monument shortly after 10 a.m. Consistent with the instruction from leadership, none of the men were dressed in traditional black and yellow colors.

22. At approximately 10:30 a.m., leaders of the group, including Zach Rehl, organized the men into formation and marched the men away from the planned speeches at the Ellipse—and directly toward the Capitol.

23. As the group marched toward the Capitol, leaders of the march addressed the men, including HEALION, through a megaphone—telling them that in their view the police and government had failed them. As the group walked past the west side of the Capitol at approximately 11:20 a.m.—more than an hour prior to the initial breach—one of the leaders of the march announced, "We represent the spirit of 1776. If you haven't noticed, real men are here. We know what the oath is [unintelligible] to support and defend the Constitution . . . Let us remind those who have forgotten what that means."

24. A few minutes later, as the group marched past U.S. Capitol Police officers at approximately 11:28 a.m., members of the group taunted them, yelling "treason," and warning the officers, "don't make us go against you."

25. The group, including HEALION, continued to march around the perimeter of the Capitol grounds.

26. The marching group, including HEALION, arrived at the Peace Circle, at the edge of the restricted portion of Capitol grounds, at approximately 12:50 p.m. Prior to their arrival, the Peace Circle was uncrowded and relatively peaceful. The First Street pedestrian entrance to the Capitol, which was approximately 100 feet away, was guarded by a handful of Capitol Police officers. Prominent signs posted on metal barriers at the pedestrian entrance and other locations stated, "AREA CLOSED By order of the United States Capitol Police Board."

27. By the time he arrived at the U.S. Capitol, HEALION had concealed his face using a black gaiter. *See* Image 2.



Image 2

28. Near the Peace Monument, one of the leaders of the march led the crowd in chants that included "USA!," "Where's Antifa", and "Whose Capitol? Our Capitol!" At 12:53 p.m.,

approximately one minute after Biggs led the "Whose Capitol? Our Capitol!" chant, the crowd surged forward towards a police barricade.

29.     Rehl and other leaders of the march moved forward and crossed onto Capitol grounds with the crowd. Dozens of others who had marched with HEALION to the Capitol joined them.

30.     HEALION also crossed over trampled barriers and advanced toward the Capitol building. HEALION understood that he was not permitted to be on Capitol grounds, but he also understood that he was expected to follow the commands of Proud Boys leadership. Once there, Once on Capitol grounds, HEALION attempted to remain close to Rehl, Vy, Giddings, and another individual (Person-1). The group moved toward the front lines of the rioters, close to the police line. *See* Images 3-5. From his position near the front of the crowd, HEALION was in position to see numerous instances where law enforcement were assaulted with physical violence and aerosol sprays.



Image 3, 1:04 p.m.          Image 4, 1:11 p.m.          Image 5, 1:13 p.m.

31. From his position near the front of the crowd in the West Plaza at approximately 1:15 p.m., HEALION saw law enforcement place bike racks in front of themselves. HEALION helped a rioter cross back from the "police" side of the line to the "rioter" side of the line. *See* Image 5. He understood that the police were using the bicycle racks to try to establish and hold a police line and keep the rioters away from the Capitol Building.



Image 6



Image 7 Close-up

32. Shortly after 1:15 p.m., law enforcement was able to reform a police line and push members of the crowd away from the Capitol. HEALION moved backward with the crowd. HEALION regrouped with Rehl, Vy, Giddings, and Person-1 near the back of the West Plaza.

33. Around 2:08 p.m., law enforcement had reformed a police line and was using metal bike racks as a barricade to stop rioters from advancing toward the Capitol building. HEALION saw other rioters engaging with officers and attempting to pull the bike racks away from the officers. HEALION moved to the front of the crowd opposite the line of officers. HEALION then reached out and tried to grab the bike rack at approximately 2:08:00 p.m. HEALION attempted to grab the bike rack in an attempt to interfere with the officers' efforts to maintain a police line. *See* Image 7



Image 7

34. Less than one minute later, HEALION again reached out toward the bike rack. This time, HEALION grabbed the bike rack and yanked it away from the MPD officer who had

his hand on the rack, using it as barrier. *See* Image 8. After HEALION grabbed the rack, two other rioters grabbed the rack and attempting to pull it away from the officer. HEALION grabbed the bike rack and pulled it away from the officer in an attempt to interfere with the officers' efforts to maintain a police line and keep the crowd from advancing toward the Capitol.



Image 8

35. Shortly after this interaction, HEALION rejoined Rehl, Vy, Giddings, and Person-1 on the West Plaza.

36. By approximately 2:10 p.m., rioters had broken through lines of law enforcement and made their way to the Upper West Terrace. Shortly thereafter, rioters began to break windows and open doors, and rioters began to enter the Capitol. HEALION, Rehl, Vy, and Person-1 followed rioters up a set of concrete stairs to the Upper West Terrace. Once on the Upper West Terrace, HEALION and his associates posed for pictures, including the image below, in which where they are making a hand gesture used by the Proud Boys.



*Image 9 (Back Row: Rehl, Jeffery Finley, Giddings, Person-1; Front Row: Vy, HEALION.*

37.     While standing on the Upper West Terrace, HEALION heard the men that he was with state that former Vice President Pence had been "evacuated." Rehl, HEALION, Vy, and Giddings discussed what was going on in the Capitol, at which point Rehl asked the group whether they wanted to go inside the Capitol.

38.     HEALION followed Rehl and entered the Capitol. HEALION, Rehl, Vy, and Giddings entered the Capitol building at approximately 2:53 p.m. through the Senate Wing Door. A loud alarm was sounding in the doorway, and broken glass was on the ground. HEALION understood that he was not allowed on Capitol grounds or inside the Capitol.

39.     Once inside, HEALION, Rehl, Giddings and Vy entered Senator Jeff Merkley's hideaway office. The men again posed for pictures while making a hand-gesture associated with

the Proud Boys. Below is a picture of (from left to right), HEALION, Vy, Rehl, and Giddings. HEALION. *See* Image 10.



Image 10 (From left: HEALION, Vy, Rehl, Giddings)

40. After spending approximately twenty minutes inside the Capitol building, Giddings, Rehl, Vy and HEALION exited the Capitol building by climbing out through a broken window.

41. During the attack on the U.S. Capitol, Proud Boys members posted comments to the MOSD chat group describing and encouraging the ongoing assault. One member posted "Storming the capitol [sic] right now!!" a little later, that same member posted to the MOSD group "Got a riot shield!" and "Don't be pushed out we are in the cusp of saving our nation." During the assault, another member posted "As of 10 minutes ago a group of non PB Patriots were gathering up for their second push inside."

42. Additionally, in the hours immediately following the breach of the U.S. Capitol Building, members of MOSD continued discussions in the encrypted message group. One participant in the message group posted a message that asked whether they needed to go "full 1776" and "continue to escalate and go the 1776 proper route." HEALION posted a message in which he commented that the public's reaction to the riot "shows [the Proud Boys] that a lot of them aren't ready to go to the next level. That's probably a bad thing in the long run. . . ."

43. The evening of January 6, HEALION gathered with other members of his chapter, including Rehl, Giddings, Vy, and Person 1. The group celebrated the Proud Boys' role in the breach of the Capitol.

### *Elements of the Offense*

44. The parties agree that Civil Disorder, in violation of 18 U.S.C. § 231(a)(3), requires the following elements:

   a. the defendant knowingly committed or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers;

   b. at the time of the defendant's actual or attempted act, the law enforcement officer was engaged in the lawful performance of their official duties incident to and during a civil disorder;

   c. the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, or the conduct or performance of any federally protected function.

### *Defendant's Acknowledgments*

45. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he intentionally interfered with MPD officers engaged in the lawful performance of their official duties during a civil disorder by attempting to remove a bike rack then being used by officers to establish a barrier between the rioters and the

U.S. Capitol Building.  He further admits that the January 6, 2021 riot at the U.S. Capitol was a "civil disorder," as defined in 18 U.S.C. § 232(1), and that the civil disorder obstructed, delayed, or adversely affected the conduct or performance of any federally protected function, including the U.S. Secret Service's protection of the Vice President.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              D.C. Bar No. 481052

By:    */s/ Kyle M. McWaters*
        Kyle M. McWaters
        Assistant United States Attorney
        D.C. Bar No. 241625
        601 D Street NW
        Washington, DC 20003
        (202) 252-6983
        kyle.mcwaters@usdoj.gov

:

## DEFENDANT'S ACKNOWLEDGMENT

I, Brian HEALION, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 2/15/24

Brian Healion
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 2/15/24

Paul F. Enzinna
Attorney for Defendant