UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>vs. )<br>)<br>BRIAN HEALION, )<br>)<br>Defendant. ) | No. 23-cr-230-TJK |

DEFENDANT'S NOTICE OF CONTESTED ISSUES OF FACT

Pursuant to the Court's Order of June 27, 2024, Defendant Brian Healion, through undersigned counsel, hereby provides notice that he contests the allegation made in the government's Sentencing Memorandum, that he was "chosen for [membership in the Ministry of Self Defense] … [because of his] penchant to employ street violence against the Proud Boys' perceived enemies." Government's Sentencing Memorandum (June 25, 2024) [ECF No. 72] at 4.  Defendant respectfully requests that the Court hold an evidentiary hearing on this question.

Dated: June 28, 2024                               Respectfully submitted,


 /s/ Paul F. Enzinna
D.C. Bar No. 421819
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@eellaw.com

*Counsel for Defendant Brian Healion*

CERTIFICATE OF SERVICE

      I certify that on June 28, 2024, a copy of the foregoing Defendant's Notice of Contested Issues of Fact was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

Dated:  June 28, 2024

Respectfully submitted,

 /s/ Paul F. Enzinna
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@eellaw.com

*Counsel for Defendant Brian Healion*